IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY ANDREW ELLIOTT, | No. CIV S-06-0591-LKK-CMK |
| Plaintiff, | |
| vs. | ORDER |
| PALISADES COLLECTION, LLC, | |
| Defendant. | |
| _____/ | |

      Plaintiff initiated this action with a complaint filed on March 21, 2006. Pursuant to the court's order issued upon filing of the complaint, a scheduling conference was set in this matter for September 19, 2006, at 10:00 a.m. before the undersigned. The parties were directed to submit separate scheduling conference statements seven days prior to the scheduling conference. Due to a conflict in the court's calendar, the scheduling conference is hereby re-set to September 25, 2006, at 10:00 a.m. The location remains the same. The parties shall file scheduling conference statements by September 18, 2006, consistent with the requirements set forth in the court's March 21, 2006, order.

/ / /

/ / /

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The scheduling conference set for September 19, 2006, is re-set to
3  September 25, 2006, at 10:00 a.m. before the undersigned; and

4  2. The parties shall file scheduling conference statements which comply with
5  the requirements set forth in the court's March 21, 2006, order no later than September 18, 2006.

6

7  DATED: September 7, 2006.

8

9  **CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

10