IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY ANDREW ELLIOTT, | No. CIV S-06-0591-LKK-CMK |
| Plaintiff, | |
| vs. | ORDER |
| PALISADES COLLECTION, LLC, | |
| Defendant. | |
| _____/ | |

Plaintiff initiated this action with a complaint filed on March 21, 2006. Defendant Palisades Collections, LLC, seeks to substitute Mark E. Ellis, Esq., of Ellis, Coleman, Poirier, La Voie & Steinheimer, in place of Murphy, Pearson, Bradley & Feeney, as its counsel of record in this action. All counsel consenting to the substitution, and good cause appearing therefor, the substitution will be approved.

IT IS SO ORDERED.

DATED: October 18, 2006.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1