IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY ANDREW ELLIOTT,   No. CIV S-06-0591-LKK-CMK

    Plaintiff,

    vs.   ORDER

PALISADES COLLECTION, LLC,

    Defendant.

_____/

    Plaintiff initiated this action with a complaint filed on March 21, 2006. Pending before the court is plaintiff's motion in limine, which he has noticed for hearing before the undersigned on March 14, 2007. The motion, however, is premature. In the September 27, 2006, scheduling order, the court specified that the deadline for filing in limine motions would be set at the pre-trial conference before the assigned District Judge. Therefore, plaintiff's motion is denied without prejudice to renewal at the appropriate time. The hearing set for March 14, 2007, is vacated.

    IT IS SO ORDERED.

DATED: January 26, 2007.

                                                                                                                                **CRAIG M. KELLISON**
                                                                                                                               UNITED STATES MAGISTRATE JUDGE