1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   TIMOTHY ANDREW ELLIOTT,          No. CIV S-06-0591-LKK-CMK

12               Plaintiff,

13          vs.                              <u>ORDER</u>

14   PALISADES COLLECTION, LLC,

15               Defendant.

16   _____/

17          Plaintiff initiated this action with a complaint filed on March 21, 2006.   Pending

18   before the court are plaintiff's motions to compel further discovery responses (Docs. 13 & 16).

19   Plaintiff has noticed hearing on his motions for February 13, 2007, before the undersigned in

20   Redding, California.

21          Eastern District of California Local Rule 37-251 governs motions to compel.

22   Under that rule, a motion to compel "shall not be heard unless (1) the parties have conferred and

23   attempted to resolve their differences, and (2) the parties have set forth their differences and the

24   bases therefor in a joint statement re discovery disagreement."   <u>See</u> Local Rule 37-251(b).   The

25   rule further provides that "[t]he hearing may be dropped from the calendar without prejudice if

26   the joint statement re discovery disputes or an affidavit as set forth below is not filed on or

1

1   before three (3) court days prior to the scheduled hearing date." If, after a good faith effort, the

2   moving party is unable to secure the cooperation of opposing counsel in either the meet and

3   confer process or in preparing the joint statement, the party is required to file a declaration to

4   that effect as an alternative to the joint statement.  See Local Rule 37-251(d).

5          In this case, no joint statement has been filed.  While plaintiff references attempts

6   to meet and confer in declarations filed with his motions, plaintiff has not filed a declaration

7   pursuant to Local Rule 37-251(d) setting forth efforts to meet and confer and prepare the joint

8   statement which may have occurred after the motions were filed.  In the hope that the parties can

9   resolve the discovery dispute informally, and to facilitate the filing of a joint statement, which is

10  essential to court resolution of the dispute, the hearing currently scheduled for February 13,

11  2007, shall be continued to February 28, 2007, at 10:00 a.m. in Redding, California.[1]  On or

12  before three court days prior to February 28, 2007, the parties shall file a joint statement pursuant

13  to Local Rule 37-251(c), or plaintiff shall file a declaration pursuant to Local Rule 37-251(d).

14         The court has authorized staff to contact the parties by telephone to inform them

15  of the content of this order in an effort to avoid a needless appearance on February 13, 2007.

16         Accordingly, IT IS HEREBY ORDERED that:

17         1.    The hearing on plaintiff's motions to compel, set for February 13, 2007, at

18  10:00 a.m. in Redding, California, is rescheduled to February 28, 2007, at 10:00 a.m., in

19  Redding, California;

20         2.    On or before three court days prior to February 28, 2007, the parties shall

21  file a joint statement pursuant to Local Rule 37-251(c), or plaintiff shall file a declaration

22  pursuant to Local Rule 37-251(d); and

23  / / /

24

25      [1]    The settlement conference currently scheduled for February 28, 2007, will be
    vacated.  A new settlement conference date will be set by separate order, which will also specify
26  whether persons with settlement authority may appear telephonically.

1            3.      The settlement conference set for February 28, 2007, is vacated and will

2  be re-set by separate order.

3

4  DATED:  February 12, 2007.

5

6                                                        CRAIG M. KELLISON

7                                          UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3