1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   TIMOTHY ANDREW ELLIOTT,                No. CIV S-06-0591-LKK-CMK

12                    Plaintiff,

13           vs.                             <u>ORDER</u>

14   PALISADES COLLECTION, LLC,

15                    Defendant.

16   _____/

17           Plaintiff initiated this action with a complaint filed on March 21, 2006.   Pending

18   before the court are plaintiff's motions to compel further discovery responses (Docs. 13 & 16).

19   Plaintiff originally noticed hearing on his motions for February 13, 2007, before the undersigned

20   in Redding, California.  On February 12, 2007, the court issued an order continuing the hearing

21   to February 28, 2007, because the parties had not filed a joint statement pursuant to Eastern

22   District of California Local Rule 37-251.  Because the parties have still not filed a joint

23   statement, the hearing will now be dropped from the court's calendar.  <u>See</u> Local Rule 37-251.

24   Plaintiff may re-notice the hearing on appropriate notice.

25   / / /

26   / / /

                                              1

1    In addition, the court was telephonically notified by plaintiff on February 27,

2  2007, that the parties have reached a settlement of this case.  Therefore, there is no need to re-

3  schedule the settlement conference at this time.

4    Accordingly, IT IS HEREBY ORDERED that the hearing on plaintiff's motions

5  to compel, re-scheduled to February 28, 2007, is hereby vacated and dropped from the hearing

6  calendar.

7

8  DATED:   February 28, 2007.

9

10    _____

**CRAIG M. KELLISON**
11  UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26