1  Mark E. Ellis - 127159
   Andrew M. Steinheimer - 200524
2  ELLIS, COLEMAN, POIRIER, LaVOIE
     & STEINHEIMER, LLP
3  555 University Avenue, Suite 200
   Sacramento, CA  95825
4  Telephone:    (916) 283-8820
   Facsimile:    (916) 283-8821
5
   Attorneys for Defendants
6  PALISADES COLLECTION, LLC

7

8                     UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| TIM ELLIOTT, Pro Se | Case No.: C06-0591 LKK-CMK (PS) |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| PALISADES COLLECTION, LLC, and DOES 1 through 20, inclusive, | **THE HON. LAWRENCE K. KARLTON** |
| Defendants. | |

- 1 -

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between plaintiff Tim Elliott and defendant Palisades Collection, LLC, that this matter be dismissed, with prejudice, pursuant to FRCP 41(a), with each party to bear its own attorneys' fees and costs.

Dated:   3/22/07       /s/
                                           Tim Elliott, in Pro Per

Dated:   3/22/07       ELLIS, COLEMAN, POIRIER, LaVOIE
                                           &amp; STEINHEIMER, LLP

By   /s/
     Andrew M. Steinheimer
     Attorneys for Defendants
     PALISADES COLLECTION, LLC

Pursuant to the Stipulation of the parties, the Court orders that the defendant Palisades Collection, LLC, be, and hereby is, dismissed, with prejudice, from the above-captioned action. Each party shall bear its own costs and attorneys' fees in the action.

IT IS SO ORDERED.

Date:   April 2, 2007.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

- 2 -

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

PDF created with pdfFactory trial version www.pdffactory.com